**Christopher ODEN, Petitioner-
Appellant,**

v.

**Eric D. WILSON, Warden, Federal
Correctional Complex,
Respondent-Appellee.**

**No. 16-7680**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 7, 2017

Decided: May 5, 2017

Christopher Oden, Appellant Pro Se.

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher William Oden, a federal prisoner, appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition and denying his Fed. R. Civ. P. 59(e) motion.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Oden v. Wilson, No. 3:15-cv-00196-JAG-RCY, 2016 WL 183469, 2016 WL 6634883 (E.D. Va. Jan. 11, 2016 & Nov. 8, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* We have construed Oden's March 9, 2016 motion for a certificate of appealability as a timely notice of appeal from the district court's order denying his § 2241 petition. See

---

Marmolejo v. United States, 196 F.3d 377, 378 (2d Cir. 1999) (holding that motion for certificate of appealability should be treated as notice of appeal).